IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UZZIAH HOSEIN,** | **CIVIL NO. 1:13-CV-2374** |
| Petitioner | |
| v. | **(Judge Rambo)** |
| | |
| **THOMAS DECKER,** *District Director, United States Immigration and Customs Enforcement Office of Detention and Removal Operations, Department of Homeland Security*; and **ERIC HOLDER,** *United States Attorney General*, | **(Magistrate Judge Schwab)** |
| Respondents | |

## **O R D E R**

AND NOW, this 7th day of October, 2013, **IT IS HEREBY ORDERED THAT**:

1) The petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2254 is deemed to be a petition for a Writ of *Error Coram Nobis*.

2) The writ is denied.

3) This court declines to issue a certificate of appealability.

4) The Clerk of Court shall close the file.

                                                    s/Sylvia H. Rambo
                                                  United States District Judge